United States District Court
Southern District of Texas
**ENTERED**
February 22, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:24-CR-57 |
| § | |
| TYLER LOUDON § | |

## ORDER IMPOSING MONEY JUDGMENT

Defendant Tyler Loudon pleaded guilty to Count One of the information, which charged him with committing Securities Fraud, in violation of Title 15, United States Code, Sections 77q(a) and 77x.

The United States provided notice to the Defendant in the information that pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code 2461(c), the United States would seek to forfeit all property, real or personal, that constitutes or is derived from proceeds traceable to Securities Fraud; and that the United States would seek a money judgment.

The Defendant agreed in the Plea Agreement that he obtained at least $1,763,522 from the criminal offense and that the factual basis for the guilty plea supports the imposition of a money judgment in that amount. The Defendant agreed to the imposition of a personal money judgment in that amount. The Defendant consented, in accordance with FED.R.CRIM.P. 32.2(b)(4)(A), to the order of forfeiture becoming final as to the Defendant immediately following the guilty plea.

Having considered the plea agreement, the record, and the applicable law, the Court ORDERS:

1.  That Defendant Tyler Loudon shall forfeit $1,763,522 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the same amount.

2.  That pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to forfeit the Defendant's property in substitution in accordance with Title 21, United States Code, Section 853(p).

This Order will be made part of the Defendant's sentence and included in the judgment against him.

Signed in Houston, Texas, on the 22d day of February 2024.

_____
Sim Lake
United States District Judge