UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § § | **CRIMINAL NO. 4:24-CR-57** |
| **TYLER LOUDON** § § | |

## NOTICE OF SATISFACTION OF MONEY JUDGMENT

On February 22, 2024, Defendant Tyler Loudon pleaded guilty to Count 1 of the information, which charged him with committing securities fraud in violation of Title 15, United States Code, Sections 77q(a) and 77x. On that date, pursuant to the terms of the plea agreement, the Court imposed a personal money judgment against the Defendant in the amount of $1,763,522 (Doc. 14).

The United States hereby gives notice that the Defendant has paid the full $1,763,522 and that the money judgment has been SATISFIED.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By:  /s/ Karen Lansden
Karen Lansden
Assistant United States Attorney
1000 Louisiana Street, 25th Floor
Houston, Texas 77002
Tel.: (713) 567-9000

## Certificate of Service

A true and correct copy of this pleading was served on all parties via electronic court filing on April 10, 2024.

*/s/ Karen Lansden*
Karen Lansden