# EXHIBIT A

May 12, 2024

To Whom it May Concern,

My name is Zack Clark. I work as an Engineer for Kaiser Permanente Hospital, where my wife works as a registered nurse, with whom I share 2 wonderful, happy children.

Tyler Loudon has been one of my best friends from my earliest memories in life, through elementary school, middle school, high school, college and beyond. Growing up, Tyler's home was essentially my second home. I called his Mom "Mom 2."

Personally, I've never continued to remain friends with an individual if they've exhibited the slightest propensity to take advantage of others for personal gain. I have always admired Tyler's exceptional level of integrity. I recall countless instances over the years in which Tyler expressed his disapproval of dishonest, self-serving behavior.

When asked to describe myself I've always taken great pride in listing 3 adjectives; honest, committed, loyal. I've never shared this with Tyler, but his face pops into my mind each time I list off these adjectives, as I feel I am describing him as well. Because of these honorable traits I admire so much about Tyler, our years-long friendship has always made complete sense to me.

Tyler has obviously, recently made an enormous mistake. The news has come to everyone I know, as well as myself, as a big shock. I've since visited with Tyler and its clear that he deeply regrets his choices. It is my hope that the court understands that these recent choices Tyler has made are way out of character, as far as what I have observed through our lifelong friendship.

Tyler is a great guy, has always treated others fairly and I greatly appreciate the court taking my sincere beliefs into consideration whilst determining his future.

Thank you for your time and consideration,

Sincerely,

Zack Clark
707-332-3419

zackclark13@yahoo.com

Adam Franklin
13 Creekside
Irvine, CA 92603
<adamkfranklin@gmail.com>
April 5, 2024

To Whom it May Concern,

I am writing this letter in support of my friend, Tyler Loudon. Our friendship spans over two decades, starting from our high school years and continuing through college and beyond. During this time, I have had the privilege of observing Tyler as a person of exceptional character.

Tyler is an extremely kind, loyal, and generous individual. These qualities have been evident in all aspects of his life, including his interactions with friends, family, and colleagues. He is always willing to lend a helping hand and goes above and beyond to support those around him.

Tyler was a groomsman in my wedding, a testament to the depth of our friendship and the trust I have in him. His commitment and reliability have never wavered, and I hold him in high regard both personally and professionally.

Please feel free to reach out if you require any further information or if there is anything else I can do to support Tyler during this challenging time. Thank you for your attention to this matter.

Sincerely,

Adam Franklin



**C EDWIN FARVER**
1075 Ross Circle
Napa, CA 94558
cefnapa@comcast.net
707-696-9062

United States Courthouse
515 Rusk Street, Room 9535
Houston, TX 77002

April 18, 2024

RE:  Support for Tyler Loudon

Dear Honorable Judge Lake:

There is no question that Tyler Loudon's actions have led him to the most difficult, sad, and unfortunate event of his life. If there is anything positive about his current situation, it is that Tyler recognizes and admits his unethical, illegal behavior, and accepts responsibility for his actions. As a result of Tyler's unacceptable decisions, his life will forever be changed. I am writing in support of him being given the opportunity to move forward in navigating his life in a positive direction.

Our family lives across the street from the home Tyler grew up in; we have been there since before he was born, and hence had a close-up view and perspective of his childhood and early adulthood years. Extremely well-mannered, an exemplary student and athlete, Tyler was the quintessential Boy Scout personality.  He worked hard in school, at home, and in the community; he went door-to-door with his offers to detail your car, mow your lawn, or power wash your walks. Family life for Tyler was rocky at best with his parents divorcing when he was too young to understand and too old to not be affected. An only child, while he maintained contact with his father, he continued to live with his mom, and adopted the role of being the "man of the house" early on. Tyler always seemed to be striving to make all the adults in his life proud of him.

Tyler has an enormous amount of stressful responsibilities in supporting his mother; he is her only living relative. She suffers from advanced dementia and requires consistent supervision, caregiving, and utilization of resources, a challenge with many moving parts that Tyler lovingly coordinates.

Misguided as it has turned out to be, I believe it may have been Tyler's desire to be the perfect son and husband that likely fueled his motivation to engage in this fraudulent financial gain. Tyler Loudon is 42 years old; he has much to live for and to offer to the world. I hope that he will have the opportunity to put his life back together for more than just his sake.

Respectfully,

Ed Farver

March 27, 2024

United States Courthouse

515 Rusk Street, Room 9535

Houston, TX 77002

Re: Tyler Loudon

Honorable Judge Lake:

I am writing this letter to offer my support for Tyler Loudon. I believe that he understands and takes responsibility for the serious mistake he has made.

I have known Tyler since he was three years old. He grew up in our neighborhood and was one of the neighborhood children who played with my son. As he grew up, he participated in several different sports and other activities with my son and the other boys in the neighborhood.

Tyler was a positive and responsible participant in Napa's Boy Scout program. I was fortunate to be his cub and scout leader. He was a good scout, respectful of adult leaders, responsive to other scouts' needs and a positive influence on the other boys.

Tyler was a good student. He went on to earn a bachelor's degree and eventually an M.B.A.

While growing up, he had to deal with a difficult home environment with an irresponsible father and the eventual divorce of his parents. Unfortunately, Tyler has almost no family, with no siblings or cousins and an estranged father. His mother, who lives alone in Napa, suffers from dementia. She is an only child and is wholly dependent upon Tyler to oversee her care. He has arranged for daily care givers and provides supervision and financial oversight.

It is truly tragic that Tyler has made such a serious mistake in an otherwise exemplary life. I believe that Tyler truly deserves your consideration of leniency. I believe he will respond positively to the opportunity to resume a responsible and productive life.

Respectfully submitted,

David G. Finigan

# DAVID B GILBRETH
# ATTORNEY

1152 Hardman Ave
Napa, CA 94558
davidgnapa@icloud.com
707-337-6412

March 24, 2024

United States Courthouse
515 Rusk Street, Room 9535
Houston, TX 77002

RE: Love And Support For Tyler Loudon

Honorable Judge Lake

I love and support Tyler Loudon and believe wholeheartedly that he has accepted and will continue to accept full responsibility for his serious mistakes and the consequences with a clear view and resolve to be a productive, contributing citizen.

I have known Tyler since he was an infant as he grew up with our sons and other neighborhood kids. This was and is a close group. Even today the parents get together two to three times a year to socialize and share our lives and the lives of our collective sons. I know Tyler very well.

Tyler was involved in various sports, academics and was a child and later a young man of character and class. He achieved his goals of a college education and an MBA, essentially, I believe on his own.

Unfortunately, he faced a challenging home environment and contended with the anger and unsavory activities of his father. I remember vividly Tyler would share incidents where he would play the piano, louder and louder, to drown out the anger of his father.

I also remember his father, who is a big man, pressuring Tyler to be an exceptional baseball pitcher. His father would unreasonably throw the ball as hard as he could to Tyler when Tyler was too young and the catcher. His father threw the pitches so hard that Tyler could not catch them and he knocked out Tyler's two front teeth.

Many years ago we no longer socialized with Tyler's father.

However, we have kept up a relationship with his mother, who in the last few years has serious dementia. His mother is an only child, and so is Tyler. Tyler takes care of his mother by making sure that she has the assistance she needs. She delights in his involvement. There is no one else that can do this.

I believe Tyler is worthy of your consideration of leniency and a second chance and he will go on and prove he earned it.

Respectfully submitted


David B. Gilbreth

May 2, 2024

United States Courthouse
515 Rusk Street, Room 9535
Houston, TX 77002

Honorable Judge Lake,

My name is Nels Gilbreth, and I am writing to offer a character reference for Tyler, whom I have known for nearly my entire life. From our childhood walks to elementary school to our commutes to high school, I have had the privilege of witnessing Tyler's consistent display of integrity and friendship.

Tyler has always been a reliable and compassionate individual and has been a Kind and encouraging friend.

I am aware of the situation that has led to Tyler's current legal challenges, and I understand the seriousness of his actions. Tyler has expressed genuine remorse and a clear understanding of how his actions have affected others. He is committed to making amends and accepting full responsibility.

Given Tyler's character and his proactive attitude towards rectification, I strongly believe that leniency in his sentencing will be beneficial not only to him but to our community as a whole. Tyler has much to offer and can turn this experience into a positive force for change.

Thank you for considering my perspective in this matter. I am confident in Tyler's good character and his ability to learn from this experience. Should you require any more information, please feel free to contact me.

Sincerely,

Nels Gilbreth

United States Courthouse
515 Rusk St.  Room 9535
Houston, TX  77002

Re:  Tyler Loudon Sentencing

Honorable Judge Lake,

Thank you for taking the time to review this letter requesting leniency in the sentencing of Tyler Loudon. My wife, children and I have known Tyler since he was young and concur with other letter writers concerning his difficult and challenging childhood.

However, I'm writing to request that you consider the fate of his mother, Linda, who is rapidly declining due to dementia.  Tyler is her only family and his absence will undoubtedly have a negative impact on her care and wellbeing.

Any consideration you can offer Tyler pursuant to his length of incarceration would likely be a blessing to and for his mother.


Sincerely,


Hal Huffsmith
1054 Lorraine Drive
Napa, CA  94558
707-486-2343
hhuffsmith@gmail.com

Earl Mitchell
3505 Banton Rd #A
Austin, TX 78734
208-358-6614

April 27th, 2024

The Honorable Judge Sim Lake
US District Court for the Southern District of Texas
1701 US-83 BUS
McAllen, TX 78501

Re: Character Reference for Tyler J Loudon – Case No. 4:2024cv00622

Your Honor,

I am a longtime friend of Tyler J Loudon. As an avid participant in financial markets, I fully comprehend the gravity of Tyler's actions and in no way condone his conduct. I write this letter in the humble hope my experience of Tyler's character outside of this incident can serve as helpful and potentially mitigating context for his sentencing.

I met Tyler during my postgraduate studies at the Pepperdine Graziadio School of Business in 2007. We immediately bonded over shared interests, most notably our work ethic. We were both working night-shifts to pay for our continuing education. Over the proceeding 17 years Tyler and I would navigate life together, rarely out of touch for more than a month or two at a time. It's fair to say I'm Tyler's single closest acquaintance.

Tyler's primary character traits include diligence, consideration and kindness. It was always clear that he acquired these qualities from his mother Linda. In almost two decades of friendship I've never met Tyler's father. A product of divorce - Tyler spoke sparingly about his father, it was clear Mr. Loudon was a cold and difficult man. The darkest moment of Tyler's life came as his mother's mental health began to fail. Tyler eventually took responsibility for Linda's wellbeing, with zero support from his father. At great personal sacrifice Tyler made sure his mother received the care she needed, putting immense stress on himself, his career and his already strained marriage.

These were the circumstances in which Tyler made the biggest mistake of his life, a mistake so totally antithetical to everything I know about him as a person. None of this context excuses his actions. However I hope these details paint a more nuanced picture of my dear friend. Tyler is not a misanthrope driven by greed and power. He is a man who cares deeply about his friends and family who made a horrible mistake under duress.

Your honor, I respectfully request that you consider leniency in your sentencing of Tyler J Loudon. I greatly appreciate your consideration in this matter.

Sincerely,
Earl J Mitchell

Dr. and Mrs. Gregory R. Winnen

146 Old Vine Way

Napa. Ca. 94558

707-486-0866

grwoms@aol.com

To Whom it may concern:                                                                                         May 5, 2024

We wish to send our support for Tyler Loudon. We have known Tyler since he was two years old. We are aware that he faced serious childhood challenges.

We also are aware that he is the sole family support for his mother who is dealing with serious dementia. He makes sure that there is 24 hour assistance and care for her. This has got to be emotionally and financially stressful. They have had a good relationship through the years and have been supportive of each other.

Tyler acknowledges that he made a grave mistake. He is very remorseful, and we hope that there is a chance for leniency for this non violent but serious crime.

Sincerely,

Gregory R. Winnen

Francie F. Winnen