| | |
|---|---|
| U.S. DISTRICT JUDGE **SIM LAKE** | CLERK, U.S. DISTRICT COURT |
| CASE MANAGER S. ANDERSON   RPTR / ~~ERO~~ H. ALCARAZ | SOUTHERN DISTRICT OF TEXAS |
| LAW CLERK A. RICHARDS   USPO M. CHESTER | FILED |
| INTERPRETER _____ | May 21, 2024 |
| | NATHAN OSCHNER, CLERK |

TIME  11:30 | 11:45  A.M.        |        P.M.
       begin     end              begin   end

CR. NO. **4:24-cr-057**    DEFT. NO. **1**

UNITED STATES OF AMERICA            §        Karen Lansden            AUSA
vs.                                 §
TYLER LOUDON                        §        Peter Zeidenberg        Retained

## SENTENCING

- [ ] Defendant waived his right to appear in person and consented to appear by video
- [x] Sentencing held. [x] Guilty plea  [ ] Guilty verdict  on  2/22/24 , Ct(s)  1 .
- [ ] Sentencing held **with contested issues**.
- [x] SENTENCE:   24 mos BOP; 1 yr SRT; $10,000 Fine; $100 Special Assessment.

$100 special assessment on Count(s)  1 .

- [ ] **Time served**.
- [x] Notice re: Decision of My Right to Appeal provided to Counsel for Defendant.
- [ ] Count(s) _____ dismissed on government's motion / Order to be entered.
- [ ] Deft ordered to surrender to U.S. Marshal on _____.
- [x] Deft ordered to surrender to institution when designated.
- [ ] Change of plea hearing, deft withdraws plea of guilty.
- [ ] Jury trial set for _____ at _____.
- [ ] Deft bond [ ] set  [ ] reduced to $ _____  [ ] Cash [ ] Surety [ ] 10% [ ] PR.
- [ ] Deft failed to appear, bench warrant to issue.
- [ ] Deft bond [ ] continued  [ ] forfeited.  **(No Bond Required p/Govt Request)**
- [ ] Deft to be released from custody.
- [ ] Deft remanded to custody.
- [x] Terminate other settings for this deft.   [x] Terminate motions for this deft.

OTHER PROCEEDINGS:   1. PSR ruled on as stated on the record.
                     2. Court will recommend FCI Lompoc for confinement.